John G. Young, SBN #8308084
Markos Scheer, SBN #0511116
YOUNG DENORMANDIE, P.C.
1191 Second Avenue, Suite 1901
Seattle, Washington 98101
Phone: (206) 224-9818
Fax: (206) 623-6923
jyoung@ydnlaw.com
mscheer@ydnlaw.com
Attorneys for Plaintiff Tug Blarney LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| TUG BLARNEY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RIDGE CONTRACTING, INC., an Alaska corporation, *In Personam*<br><br>Defendant. | IN ADMIRALTY<br><br>NO. 3:12-cv-00097-SLG<br><br>NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF *IN REM* DEFENDANT |

Plaintiff Tug Blarney LLC, by and though its counsel, Young deNormandie, P.C., hereby dismisses its pending *In Rem* claim for salvage against Certain Cargo Owned by Ridge Contracting, Inc. without prejudice or waiver of any claim or release of any maritime lien it may hold arising from Plaintiff's alleged actions to salvage the same. This notice of dismissal

Case No. 3:12-CV-00097-SLG                                                                                                  Page 1 of 2
Tug Blarney LLC vs. Ridge Contracting, Inc., *In Personam*
Notice Of Dismissal, Without Prejudice, of *In Rem* Defendant

Case 3:12-cv-00097-SLG   Document 9   Filed 08/07/12   Page 1 of 2

shall not be construed to include, and does not dismiss or release, any *In Personam* claims which are set forth in the First Amended Verified Complaint *In Personam* for Salvage of Certain Cargo (dkt no. 8) filed on August 6, 2012.

DATED this 7th day of August, 2012 at Seattle, Washington.

s/ John G. Young
State Bar No. 8308084
s/ Markos Scheer
State Bar No. 0511116
YOUNG deNORMANDIE, P.C.
1191 Second Avenue, Suite 1901
Seattle, WA 98101
Telephone: (206) 224-9818
Facsimile: (206) 623-6923
E-mail: jyoung@ydnlaw.com
E-mail: mscheer@ydnlaw.com
Attorneys for Tug Blarney LLC

M:\Data\A-G\C & K Marine\Loss of Aries\USDC - AK (Cargo)\Ridge Claim\Pleadings\Notice of Dismissal of In Rem Defendant.doc

Case No. 3:12-CV-00097-SLG   Page 2 of 2
Tug Blarney LLC vs. Ridge Contracting, Inc., *In Personam*
Notice Of Dismissal, Without Prejudice, of *In Rem* Defendant

Case 3:12-cv-00097-SLG   Document 9   Filed 08/07/12   Page 2 of 2