John G. Young, SBN #8308084
Markos Scheer, SBN #0511116
YOUNG DENORMANDIE, P.C.
1191 Second Avenue, Suite 1901
Seattle, Washington 98101
Phone: (206) 224-9818
Fax: (206) 623-6923
jyoung@ydnlaw.com
mscheer@ydnlaw.com
Attorneys for Tug Blarney LLC, et al.
and C&K Marine, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| TUG BLARNEY LLC, a Washington limited liability company; Douglas Hilty, an individual; Ed Lyda, an individual; Roger Kenoyer, an individual; and Nick Humlick, an individual<br><br>Plaintiffs,<br>v.<br><br>RIDGE CONTRACTING, INC., an Alaska corporation, RIDGE EQUIPMENT, LLC, an Alaska limited liability company, *in personam*,<br><br>Defendants.<br>_____<br>RIDGE CONTRACTING, INC., an Alaska corporation,<br><br>Third-party Plaintiff,<br>v.<br><br>C&K MARINE, LLC, an Alaska limited liability company,<br><br>Third-Party Defendant /<br>Counter-Claimant and<br>Cross-Claimant. | IN ADMIRALTY<br><br>NO. 3:12-CV-00097-SLG |

**DECLARATION OF MARKOS SCHEER**

Case No. 3:12-CV-00097-SLG                      Page 1 of 4
DECLARATION OF MARKOS SCHEER

1. I, Markos Scheer, under penalty of perjury under the laws of the State of Washington, declare as follows:

2. I am an attorney with Young deNormandie, P.C., counsel for Plaintiffs Tug Blarney, LLC, Douglas Hilty, Ed Lyda, Roger Kenoyer, Nick Humlick; and Third-Party Defendant/Counterclaimant C&K Marine, LLC.

3. Attached as Exhibit A is a true and correct copy of excerpted pages from the deposition transcript of Kevin Kennedy, dated December 20, 2012.

4. Attached as Exhibit B is a true and correct copy of excerpted pages from the deposition transcript of Drew McLaughlin, dated April 12, 2013.

5. Attached as Exhibit C is a true and correct copy of the Charter and Freight Agreement, dated May 6, 2011. The Agreement is attached as Exhibit 9 to the Kevin Kennedy deposition transcript, dated December 20, 2012 and authenticated at page 85.

6. Attached as Exhibit D is a true and correct copy of the Summary Appraisal Report, dated July 18, 2011. This Report is attached as Exhibit 2 to the Ridge Equipment 30(b)(6) deposition transcript, dated September 17, 2013 and authenticated at page 7.

7. Attached as Exhibit E is a true and correct copy of the Condition and Valuation Report conducted by Rodger Morris, dated May 26, 2011. This Report is attached as Exhibit 1 to the Rodger Morris deposition transcript, dated July 12, 2013 and authenticated at page 9.

8. Attached as Exhibit F is a true and correct copy of excerpted pages from the deposition transcript of Rodger Morris, dated July 12, 2013.

9. Attached as Exhibit G is a true and correct copy of excerpted pages from the deposition transcript of James Hicks, dated September 4, 2013.

10. Attached as Exhibit H is a true and correct copy of excerpted pages from the deposition transcript of Douglas Pine, dated July 24, 2013.

11. Attached as Exhibit I is a true and correct copy of excerpted pages from the deposition transcript of R. Russell Johnson, dated June 20, 2013.

Signed this, the __3__th day of October, 2013 at Seattle, Washington.

_____
Markos Scheer

YOUNG deNORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818  Fax: (206) 623-6923

## Certificate of Service

I hereby certify that on October 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Larry E. Altenbrun
Jeremy B. Jones
Nicoll Black & Fieg, PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101

By: *Judy Williamson*
Judy Williamson

4850-5984-5652, v. 1

Case No. 3:12-CV-00097-SLG
DECLARATION OF MARKOS SCHEER

Page 4 of 4

YOUNG deNORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818  Fax: (206) 623-6923