Larry E. Altenbrun, WSBA No. 31475
Jeremy B. Jones, WSBA No. 44138
NICOLL BLACK & FEIG PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515
laltenbrun@nicollblack.com
jjones@nicollblack.com
Attorneys for Defendant Ridge Contracting, Inc.

THE HONORABLE SHARON L. GLEASON

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| TUG BLARNEY, a Washington limited liability company; DOUGLAS HILTY, an individual; ED LYDA, an individual; ROGER KENOYER, an individual; and NICK HUMLICK, an individual,<br><br>Plaintiffs,<br>v.<br>RIDGE CONTRACTING, INC., an Alaska corporation, RIDGE EQUIPMENT, LLC, an Alaska limited liability company, *in personam,*<br><br>Defendant. | IN ADMIRALTY<br><br>**NO. 3:12-CV-00097-SLG**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| RIDGE CONTRACTING, INC., an Alaska corporation,<br>Third-Party Plaintiff,<br>v.<br>C&K MARINE LLC, an Alaska limited liability company,<br><br>Third-Party Defendant/<br>Counter-Claimant and<br>Cross-Claimant. | |

The parties hereto, by and through their undersigned counsel of record, hereby stipulate and agree that all claims asserted in this action have been settled and shall be dismissed with prejudice and without costs to any party.

\\\\

CASE NO. 3:12-CV-00097-SLG
TUG BLARNEY LLC, ET AL. V. RIDGE CONTACTING, INC.
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE

1  The parties request that the Court enter the below proposed Order dismissing this action
2  with prejudice.
3  DATED this 1st day of December, 2014.

4  YOUNG DENORMANDIE, P.C.          NICOLL BLACK & FEIG PLLC

6  *Per E-Mail Authority*                        s/ Jeremy B. Jones
   John G. Young, State Bar No. 8308084          Larry E. Altenbrun, WSBA No. 31475
7  Markos Scheer, State Bar No. 0511116          Admitted *Pro Hac Vice*
   *Attorneys for Plaintiffs*                    Jeremy B. Jones, WSBA No. 44138
8  *and Third-Party Defendant*                   Admitted *Pro Hac Vice*
                                                 *Attorneys for Defendant/Third-Party Plaintiff*
9                                                *Ridge Contracting, Inc. and Defendant*
                                                 *and Ridge Equipment, LLC*

CASE NO. 3:12-CV-00097-SLG
<u>TUG BLARNEY LLC, ET AL. V. RIDGE CONTACTING, INC.</u>
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE

NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
Phone: (206) 838-7555  Fax: (206) 838-7515

**ORDER**

Based upon the foregoing stipulated motion, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims asserted in this action are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this _____ day of _____, 2014.

                                      THE HONORABLE SHARON L. GLEASON
                                      UNITED STATES DISTRICT JUDGE

**Presented by:**

NICOLL BLACK& FEIG PLLC

s/ Jeremy B. Jones
Larry E. Altenbrun, WSBA No. 31475
Admitted *Pro Hac Vice*
Jeremy B. Jones, WSBA No. 44138
Admitted *Pro Hac Vice*
*Attorneys for Defendant/Third-Party Plaintiff Ridge Contracting, Inc. and Defendant and Ridge Equipment, LLC*

**Received; Approved as to Form:**

YOUNG DENORMANDIE, P.C.

*Per E-Mail Authority*
John G. Young, State Bar No. 8308084
Markos Scheer, State Bar No. 0511116
*Attorneys for Plaintiffs and Third-Party Defendant*

CASE NO. 3:12-CV-00097-SLG
<u>TUG BLARNEY LLC, ET AL. V. RIDGE CONTACTING, INC.</u>
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE-3

NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
Phone: (206) 838-7555  Fax: (206) 838-7515

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs and*
*Third-Party Defendant*

John G. Young, State Bar No. 8308084
Markos Scheer, State Bar No. 0511116
Young deNormandie, et al.
1191 Second Avenue, Suite 1901
Seattle, WA 98101
206-224-9818 Telephone
206-623-6923 Facsimile
Email: jyoung@ydnlaw.com
mscheer@ydnlaw.com

DATED this 1st day of December, 2014.

NICOLL BLACK & FEIG PLLC

/s/ Jeremy B. Jones
Jeremy B. Jones, WSBA No. 44138

CASE NO. 3:12-CV-00097-SLG
TUG BLARNEY LLC, ET AL. V. RIDGE CONTACTING, INC.
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE