# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TUG BLARNEY, a Washington limited liability company; DOUGLAS HILTY, an individual; ED LYDA, an individual; ROGER KENOYER, an individual; and NICK HUMLICK, an individual, | IN ADMIRALTY |
| Plaintiffs, | |
| v. | |
| RIDGE CONTRACTING, INC., an Alaska corporation, RIDGE EQUIPMENT, LLC, an Alaska limited liability company, *in personam,* | |
| Defendant. | |
| RIDGE CONTRACTING, INC., an Alaska corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| C&K MARINE LLC, an Alaska limited liability company, | Case No. 3:12-cv-00097-SLG |
| Third-Party Defendant/ Counter-Claimant and Cross-Claimant. | |

## ORDER RE STIPULATION

Based upon the parties' Stipulation for Dismissal (Docket 121), this action is hereby DISMISSED with prejudice, with each party to bear its own costs, expenses and attorney's fees.

DATED this 2nd day of December, 2014, at Anchorage, Alaska.

> */s/ Sharon L. Gleason*
> UNITED STATES DISTRICT JUDGE